UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   CV 26-01301-SPG-MAA | Date:   July 1, 2026 |

Title:   Mary Margrill v. Rocksbox, Inc. et al

Present: The Honorable    **SHERILYN PEACE GARNETT, United States District Judge**

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

**Proceedings:**        **(In Chambers)**
                **Order to Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before July 20, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendants listed below did not answer the complaint, yet Plaintiff have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

- Inspire Me Bracelets LLC doing business as Inspiration Co.
- Catalyst Brands LLC doing business as JC Penny

IT IS SO ORDERED.