UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 26-01301-SPG(MAAx) | Date | October 30, 2026 |
| Title | Mary Margrill v. Rocksbox, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION**

On July 16, 2026, Plaintiff obtained entry of default as to **Defendant Inspire Me Bracelets LLC**, pursuant to Fed. R. Civ. P. 55(a). (ECF No. 28.) To date, Plaintiff has not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Accordingly, Plaintiff is **ORDERED** to show cause in writing why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[W]hen circumstances make such action appropriate, a District Court may dismiss a complaint for failure to prosecute."). Plaintiff must satisfy this order **on or before November 12, 2026**, either by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter. Failure of Plaintiff to respond to the Order to Show Cause will be deemed consent to dismissal of the complaint.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg